JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SOLO INDUSTRIES, INC., | Case No. CV 16-244-GW(ASx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| JEFFREY HAN, | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal [30], it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: September 7, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE